**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **KEVIN D. ASH, as MANAGER of ELLISDALE CONSTRUCTION, LLC, MANAGER of A&W COURTHOUSE COMMONS, LLC, and MANAGER of A&W LANSDOWNE, LLC,**  Plaintiff,  v.  **RICHARD E. WARD, II,**  Defendant. | Civil Action No. 1:20-mc-0039 |

**PLAINTIFF'S EMERGENCY MOTION FOR AN *EX PARTE* TEMPORARY RESTRAINING ORDER AND AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

COMES NOW Plaintiff Kevin D. Ash, in his capacity as Manager of Ellisdale Construction, LLC, Manager of A&W Courthouse Commons, LLC, and Manager of A&W Lansdowne, LLC, by counsel, and respectfully moves this Court to enter a temporary restraining order and an order to show cause why a preliminary injunction should not issue, pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. Pursuant to Local Rule 7(F), Plaintiff has filed a corresponding Memorandum in Support of his motion for an *ex parte* temporary restraining order, which sets forth the facts and authorities in support of the motion. L.A.R. 7(F).

Dated:  December 23, 2020            Respectfully submitted,

*/s/ Derek H. Swanson*
Derek H. Swanson (VSB No. 73463)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Telephone: (804) 385-0620
Facsimile: (804) 977-2680
*dswanson@dbllawyers.com*

Thomas M. Dunlap (VSB No. 44016)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Blvd,
Ste 550
Vienna, Virginia 22182
Telephone: (703) 777-7319
Facsimile: (703) 777-3656
*tdunlap@dbllawyers.com*

Michael W. Lehr (VSB No. 94859)
DUNLAP BENNETT & LUDWIG PLLC
8003 Franklin Farms Dr., Suite 220
Richmond, Virginia 23229
Telephone: (804) 477-8678
Facsimile: (804) 977-2680
*mlehr@dbllawyers.com*

*Counsel for Plaintiff*