IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KEVIN D. ASH, as MANAGER of ELLISDALE CONSTRUCTION, LLC, MANAGER of A&W COURTHOUSE COMMONS, LLC, and MANAGER of A&W LANSDOWNE, LLC, KEVIN ASH, ) ) ) ) ) | ) 1:20-MC-39 (LMB/MSN) |
| Plaintiff, ) ) | |
| v. ) | |
| RICHARD E. WARD, II, | |
| Defendant. | |

## ORDER

For the reasons stated during the on-the-record telephonic conference in which counsel for all parties were present, it is hereby

ORDERED that the plaintiff's Emergency Motion for an Ex Parte Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction Should not Issue [Dkt. No. 1] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record and close this matter.

Entered this 23rd day of December, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge