# CIVIL MOTION MINUTES
## (via TELECONFERENCE)

Date: 12/23/20                                 Judge: Brinkema
                                               Reporter: A. Thomson

Time: 2:56pm – 3:45pm
      3:34pm – 4;13pm


Civil Action Number: 1:20mc39

  Kevin D. Ash                    vs.   Richard E. Ward, II

Appearances of Counsel for:   (X) Pltf – Derek Swanson, Tom Dunlap
                              (X) Deft – Jason Hickman
                              (X) Company representative – Jane Imperatore

Motion to/for:
  #1 Pltf Emergency Motion for Ex Parte Temporary Restraining Order


Argued &
(  ) Granted     ( X) Denied (     ) Granted in part/Denied in part
(  )Held in Abeyance (    ) Taken Under Advisement   (   ) Continued to (   ) Overruled

During 1st phone conference pltf's counsel & company rep Imperatore appeared

Court advised of case status; parties directed to call again at 3:45pm with deft

During 2nd phone conference all parties appeared; motion argued,

  Court advised of deft status

   Parties advised to attempt to resolve matter


(  ) Memorandum Opinion to Follow

( X)   Order to follow